EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attonrey

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 02-00229 SOM

| UNITED STATES OF AMERICA, | ) | CR. NO. _____ |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. § 841(a)(1)] |
| | ) | |
| JOHN JAMES MONTOYA, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The grand jury charges that:

On or about May 21, 2001, in the District of Hawaii, the defendant, JOHN JAMES MONTOYA did knowingly and intentionally possess with intent to distribute 500 grams or more of cocaine,

approximately 2116.4 grams, (gross weight), a Schedule II controlled substance.

   All in violation of 21 U.S.C. § 841(a)(1).

DATED: _June 5, 2002_, 2002, Honolulu, Hawaii.

           A TRUE BILL

           /s/
           _____
           FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


United States v. John James Montoya,
Cr. No. _____
"Indictment"